# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON J. MITCHELL, | CASE NO. 1:09-cv-00691-OWW-GBC PC |
| Plaintiff, | ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS |
| v. | |
| B. S. DAVIS, et al., | (ECF Nos. 12, 13, 14) |
| Defendants. | |

/

Plaintiff Shaulton J. Mitchell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 20, 2009. A first amended complaint was filed on December 27, 2010. (ECF No. 12.) On December 30, 2010, the Magistrate Judge screened Plaintiff's first amended complaint, and found that it states a claim against Defendants B. S. Davis and an unknown officer ("Doe") for excessive force in violation of the Eighth Amendment, but does not state any other claims for relief under section 1983. 28 U.S.C. § 1915A. Findings and recommendations were issued giving Plaintiff thirty days in which to file objections. (ECF No. 13.) On January 27, 2011, Plaintiff filed a notice stating that he wishes to proceed on the claims found cognizable. (ECF No. 14.)

Accordingly, it is HEREBY ORDERED that:

1. This action shall proceed on the first amended complaint, filed on December 27, 2010, against Defendants B. S. Davis and Doe for excessive force in violation of the Eighth Amendment;

2. All remaining claims and Defendants are dismissed from this action for failure to state a claim; and

3. This matter is referred back to the Magistrate Judge to initiate service of process proceedings.

IT IS SO ORDERED.

**Dated:   February 16, 2011**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE