UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON J. MITCHELL,<br><br>        Plaintiff,<br><br>   v.<br><br>B. S. DAVIS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00691-OWW-GBC (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT ADDITIONAL INFORMATION FOR SERVICE OF DEFENDANT DAVIS<br><br>PLAINTIFF'S RESPONSE DUE 8/29/2011 |

**ORDER**

Plaintiff Shaulton J. Mitchell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's First Amended Complaint, filed December 27, 2010, against Defendants B. S. Davis and John Doe for excessive use of force in violation of the Eighth Amendment.  (ECF Nos. 12 & 13.)  Because Plaintiff is proceeding in forma pauperis, the Court must appoint the United States Marshal to serve each Defendant with a summons and complaint.  Fed. R. Civ. Pro. 4(c)(2).

Plaintiff submitted completed a USM-285 form indicating that Defendant Davis could be served at Corcoran State Prison.  However, when service was attempted, the form was returned with notations that according to the facility an officer with that name does not work at Corcoran, that there is no one by that named listed in the CDCR locator, and that the Office of Legal Affairs found no evidence that there is or was ever a B. S.

1

1 | Davis working at Corcoran.
2 |     Ultimately, Plaintiff bears the burden of providing the Marshal's service with
3 | sufficient information to serve a defendant. <u>See</u> <u>Walker v. Sumner</u>, 14 F.3d 1415, 1422
4 | (9th Cir. 1994). Accordingly, the Court ORDERS Plaintiff to provide the Court with further
5 | information to assist the Marshal in serving B. S. Davis. Such information must be
6 | provided to the Court by **August 29, 2011**. Failure to respond or meet this deadline and/or
7 | failure to provide accurate information for Defendant B. S. Davis may result in dismissal
8 | of this action as the other Defendant is also unknown (John Doe).
9 | IT IS SO ORDERED.

Dated:   July 26, 2011

UNITED STATES MAGISTRATE JUDGE